Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MCCALL THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-04355 TEH |
| v. | ) |
| | ) |
| M.R.S. ASSOCIATES, INC., HILCO | ) |
| RECEIVABLES, LLC, MARIE FOSTER, | ) AMENDED STIPULATION AND |
| and P. MATTERA | ) [PROPOSED] ORDER to EARLY NEUTRAL |
| | ) EVALUATION |
| Defendant. | ) |
| | ) |

The parties stipulate to use Early Neutral Evaluation as an Alternative Dispute Resolution as an ADR process.

Date: 9/25/06

/s/Ronald Wilcox
Ronald Wilcox, Counsel for plaintiff
McCall Thompson

- 1 -

Date:

/s/David Kaminski

_____
Carlson, Messer &Turnerr, LLP,
Counsel for defendants M.R.S. Associates,
Marie Foster and P. Mattera


Date: 9/27/06

/s/Mark Ellis

_____
Mark Ellis, Counsel for defendant
HILCO RECEIVABLES, LLC


[PROPOSED] ORDER

Pursuant to the stipulation the parties shall proceed to Early Neutral Evaluation.

**IT IS SO ORDERED.**

Date:   09/28/06

_____
U.S. DISTRICT JUDGE

