Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MCCALL THOMPSON, | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-04355 TEH |
| v. | ) |
|  | ) |
| M.R.S. ASSOCIATES, INC., HILCO | ) STIPULATION TO CONTINUE CMC |
| RECEIVABLES, LLC, MARIE FOSTER, | ) FROM 10/16/06 to 10/30/06 and |
| and P. MATTERA | ) [PROPOSED] ORDER |
|  | ) |
| Defendant. | ) |
|  | ) |

The parties stipulate to continue the October 16, 2006 Case Management Conference to

October 30, 2006.

Thus, the parties respectfully request the Court enter an Order pursuant to such stipulation.


Date: 10/6/06

/s/Ronald Wilcox
Ronald Wilcox, Counsel for plaintiff
McCall Thompson


Date: 10/6/06

/s/David Kaminski
David Kaminiski
Carlson and Messer, LLP,
Counsel for defendants M.R.S. Associates,
Marie Foster and P. Mattera


Date: 10/6/06


/s/Mark Ellis
Mark Ellis, Counsel for Defendant
Hilco Receivables, LLC


## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby continues the October 16, 2006 Case

Management Conference to October 30, 2006 at 1:30 p.m.

For all future requests for a continuance, the parties shall provide a showing of good cause,

even if both parties have agreed to the continuance.

Date:



_____
HON. THELTON HENDERSON
U.S. District Court,