Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MCCALL THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-04355 TEH |
| v. ) | |
| ) | |
| M.R.S. ASSOCIATES, INC., HILCO ) | |
| RECEIVABLES, LLC, MARIE FOSTER, ) | STIPULATION TO CONDUCT ENE |
| and P. MATTERA ) | On 1/16/07 and [PROPOSED] ORDER |
| ) | |
| Defendant. ) | |

The parties: McCall Thompson, Hilco Receivables, LLC, M.R.S. Associates, Marie Foster, and P. Mattera, request the Court allow them an extension of time to conduct their Early Neutral Evaluation matter. The parties hereby agree the matter shall be conducted on January 16, 2007.

Date: 12/5/06

/s/Ronald Wilcox
Ronald Wilcox, Counsel for plaintiff
McCall Thompson

- 1 -

Date: 12/4/06

/s/David Kaminski
David Kaminski, Carlson and Messer
Counsel for defendants M.R.S. Associates,
Marie Foster and P. Mattera


Date: 12/5/06

Mark Ellis
Mark Ellis, Counsel for defendant
HILCO RECEIVABLES, LLC


## [PROPOSED] ORDER

Pursuant to the stipulation the parties shall proceed to Early Neutral Evaluation on January 16, 2007.


**IT IS SO ORDERED.**

Date: 12/07/06

_____
U.S. DISTRICT

