Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MCCALL THOMPSON,<br>Plaintiff,<br><br>v.<br><br>M.R.S. ASSOCIATES and HILCO RECEIVABLES, INC. et al.,<br>Defendants. | Case No. 06-04355<br><br><br><br>ADR Session: January 16, 2007<br>Neutral Evaluator: Thomas Losavio |

## ORDER DENYING REQUESTS TO BE EXCUSED OF DEFENDANTS M.R.S. ASSOCIATES, INC., MARIE FOSTER AND P. MATTERA

The requests to be excused by Defendants M.R.S. ASSOCIATES, INC., MARIE FOSTER, and P. Mattera do not conform to ADR Local Rule 5-10, since they: 1) were not timely filed, 2) not properly served, 3) failed to indicate whether Plaintiff opposed the request, and 4) and contained no adequate showing of extraordinary or otherwise unjustifiable hardship in personally attending the Early Neutral Evaluation. Thus the requests are DENIED.

Plaintiff shall serve a copy of this Order on Defendants.

Dated: 1/8/07

ADR Magistrate Judge Brazil