1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS, COLEMAN, POIRIER, LaVOIE
      & STEINHEIMER, LLP
3  555 University Avenue, Suite 200
   Sacramento, CA  95825
4  Telephone:   (916) 283-8820
   Facsimile:   (916) 283-8821
5
   Attorneys for Defendants
6  HILCO RECEIVABLES, LLC

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF

10

11  MCCALL THOMPSON,                    Case No. C06-04355 TEH

        Plaintiff,
12                                      [PROPOSED] ORDER GRANTING
    v.                                  DEFENDANT'S COMPANY
13                                      REPRESENTATIVE TO APPEAR AT THE
    M.R.S. ASSOCIATES, INC., HILCO      ENE SESSION TELEPHONICALLY
14  RECEIVABLES, LLC, MARIE FOSTER, and P.
    MATTERA,                            DATE:  JANUARY 16, 2007
15                                      TIME:  10:00 A.M.
        Defendants.
16

17

18       The Court hereby grants defendant's request and orders that the representatives of Hilco

19  Receivables, Eric Kaup, is excused from personal appearance at the January 16, 2007 ENE Session.

20  Hilco Receivable's representative is required to be immediately available by telephone for the duration

21  of the ENE Session.

22       IT IS SO ORDERED.

23
24  Date: 1/8, 2007                     _____
                                        WAYNE D. BRAZIL
25                                      Magistrate Judge
                                        United States District Court
26

27

28
                                        - 1 -

[PROPOSEd] ORDER GRANTING DEFENDANT'S COMPANY REPRESENTATIVE TO APPEAR AT THE ENE
                        SESSION TELEPHONICALLY