1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS, COLEMAN, POIRIER, LaVOIE
   & STEINHEIMER, LLP
3  555 University Avenue, Suite 200
   Sacramento, CA 95825
4  Telephone:    (916) 283-8820
   Facsimile:    (916) 283-8821
5
   Attorneys for Defendants
6  HILCO RECEIVABLES, LLC

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF

10

| MCCALL THOMPSON, | Case No.: C06-04355 TEH |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S INSURANCE REPRESENTATIVE TO APPEAR AT THE ENE SESSION TELEPHONICALLY |
| v. | |
| M.R.S. ASSOCIATES, INC., HILCO RECEIVABLES, LLC, MARIE FOSTER, and P. MATTERA, | DATE: JANUARY 16, 2007<br>TIME: 10:00 A.M. |
| Defendants. | |

The Court hereby grants defendant's request and orders that the insurance representative of Hilco Receivables, David Haggarty, is excused from personal appearance at the January 16, 2007 ENE Session. Hilco Receivable's representative is required to be immediately available by telephone for the duration of the ENE Session.

IT IS SO ORDERED.

Date: 1/8, 2007

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

- 1 -

[PROPOSEd] ORDER GRANTING DEFENDANT'S INSURANCE REPRESENTATIVE TO APPEAR AT THE ENE SESSION TELEPHONICALLY